UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | Bankr.# 25-12301-amc |
| ) | |
| Penny C. Miller, ) | Chapter 13 |
| a/k/a Penny Claire Mazurek, ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | Hearing Date: January 21, 2026 |
| ) | |
| Penny C. Miller, ) | |
| a/k/a Penny Claire Mazurek, | |
| Movant, ) | Response Deadline: January 9, 2026 |
| ) | |
| v. ) | |
| WELLS FARGO BANK, N.A., AS | |
| TRUSTEE, FOR PARK PLACE | |
| SECURITIES, INC. ASSET-BACKED ) | |
| PASS-THROUGH CERTIFICATES, | |
| SERIES 2004-WCW1, | |
| Respondent, ) | |
| ) | |
| SCOTT F. WATERMAN, ) | |
| Trustee/Additional Respondent | |

**LIMITED RESPONSE TO DEBTOR'S MOTION TO SELL PROPERTY UNDER SECTION 363(B), RULE 3004 COMMONLY KNOWN AS 977 HICKORY RIDGE DRIVE IN THE TOWNSHIP OF WARRINGTON, COUNTY OF BUCKS, SCHOOL DISTRICT OF CENTRAL BUCKS, STATE OF PENNSYLVANIA**

**COMES NOW, WELLS FARGO BANK, N.A., AS TRUSTEE, FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004- WCW1** ("Secured Creditor"), by and through the undersigned attorney, hereby files its Limited Response ("Response") to Debtor's Motion to Sell Property Under Section 363(b), Rule 3004,

Commonly Known as 977 Hickory Ridge Drive in the Township of Warrington, County of Bucks, School District of Central Bucks, and State of Pennsylvania (at Docket Entry No. 30), and in support thereof avers the following:

1. Secured Creditor currently holds a first lien on the subject real property located at 977 Hickory Ridge Drive, Chalfont, PA 18914 (the "Property").

2. On December 19, 2025, Penny C. Miller ("Debtor") filed a Motion for Sale of Property under Section 363(b), Rule 3004 Commonly Known as 977 Hickory Ridge Drive, Chalfont, PA 18914 (the "Motion") for $782,500.00.

3. As of December 30, 2025, the estimated payoff of Secured Creditor's lien is $582,018.58. <u>To obtain a formal payoff for the Closing</u> the Debtor should contact the servicer, SPS - Select Portfolio Servicing, Inc. via telephone at 1-800-258-8602 or electronic mail (relationship.manager@spservicing.com) near the scheduled closing of the Property sale.

4. Secured Creditor does not object to the Debtor's Motion to the extent that any sale of the Property is subject to Secured Creditor's lien and that Secured Creditor's lien shall be paid in full at the closing of said Property sale based upon an up-to-date payoff quote.

5. Further, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

6. Secured Creditor reserves the right to supplement this Response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order in accordance with the above conditions, and for such other and further relief as this Honorable Court deems just and proper.

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Authorized Agent for Secured Creditor
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        Facsimile: 561-997-6909

        By: /s/Sherri R. Dicks
        SHERRI R. DICKS
        Email: sdicks@raslg.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankr.# 25-12301-amc |
| | ) | |
| Penny C. Miller, | ) | Chapter 13 |
| a/k/a Penny Claire Mazurek, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Hearing Date: January 21, 2026 |
| | ) | |
| Penny C. Miller, | ) | |
| a/k/a Penny Claire Mazurek, | ) | |
| Movant, | ) | Response Deadline: January 9, 2026 |
| | ) | |
| v. | ) | |
| WELLS FARGO BANK, N.A., AS TRUSTEE, FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-WCW1, | ) | |
| Respondent, | ) | |
| | ) | |
| SCOTT F. WATERMAN, | ) | |
| Trustee/Additional Respondent | | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 9, 2026, I electronically filed the foregoing with the Clerk of United States Bankruptcy Court via the CM/ECF system, and also served true and correct copies via First Class mail, postage prepaid to the below Service List.

**Service List**

Via First Class Mail, Postage Prepaid

**Penny C. Miller**
977 Hickory Ridge Drive
Chalfont, PA 18914-0000

Via CM/ECF & Electronic Mail

**BRAD J. SADEK**
Sadek Law Offices, LLC
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102

*Trustee*
**SCOTT F. WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

*United States Trustee*
**FREDERIC J. BAKER**
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

                                            **/s/ Tarsha Rucker**
                                            Tarsha Rucker