## Total Amount Due: ▮▮▮▮3030 [ dcs:277 ]

| Borrower: | MILLER,ROBERT A | Address: | 977 HICKORY RIDGE D | Prin Bal: | $512,063.85 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | MILLER,PENNY C | City: | CHALFONT | Add Prin Bal: | $1,182.86 (P) | Investor #: | ▮ |
| Due Date: | 11/01/2023 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | ▮ |
| Last Pmt Appd On: | 05/07/2025 | Zip Code: | 18914 | Total Pmt Amt: | $3,637.13 | PLS Client ID: | |

## Quote Summary: ▮▮▮3030 [ dcs:277 ] Tue Dec 30 09:20:34 EST 2025

| | |
|---|---:|
| As Of Date: | 12/30/2025 |
| Per Diem Amt: | $43.72 |
| Piggyback Per Diem Amt: | $0.00 |
| Total Principal Balance: | $513,246.71 |
| Total Interest Amt: | $36,619.93 |
| Pro Rata MIP/PMI Amt: | $0.00 |
| Escrow Advance Amt: | $32,894.53 |
| Escrow Balance: | $0.00 |
| Suspense Balance: | -$4,137.13 |
| HUD Balance: | $0.00 |
| Rep Res Balance: | $0.00 |
| Restricted Escrow Balance: | $0.00 |
| Total Fees Amt: | $0.44 |
| Total Accumulated Late Charge Amt: | $0.00 |
| Total NSF Charge Fee Amt: | $0.00 |
| Total Other Fees Due Amt: | $0.00 |
| Total Penalty Interest Amt: | $0.00 |
| Total Flat Penalty Fee Amt: | $0.00 |
| Credit Life Orig Fee Rebate Amt: | $0.00 |
| Rec Corp Adv Balance: | $3,026.68 |
| Total Amt To Payoff: | $581,651.16 |

### Primary Rate Changes

| Row Count = 2 | | |
|---|---|---|
| From Date | Rate | Interest Amount |
| 10/01/2023 | 3.25% | $36,619.93 |
| 12/30/2025 | | |

### Second Mortgage Rate Changes

| Row Count = 1 | | |
|---|---|---|
| From Date | Rate | Interest Amount |
| 10/01/2023 | | |